

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00467-CV

| | | |
|---|---|---|
| DALIA LOPEZ, Appellant | § | On Appeal from County Court at Law |
| | § | No. 2 |
| v. | § | of Denton County (CV-2023-02962) |
| | § | August 14, 2025 |
| CAMRON R. LAROCHELLE AND CASEY BUTLER, Appellees | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's grant of Appellees' no-evidence motion for summary judgment with respect to two aspects of Appellant's breach-of-contract counterclaim—Appellant's claim that Appellees breached the subject lease by (1) failing to report health and safety issues to her and (2) moving without giving her written notice. We reverse the trial court's grant of Appellees' no-evidence motion for summary judgment with respect to one aspect of

Appellant's breach-of-contract counterclaim—Appellant's claim that they failed to pay rent. We also reverse the trial court's grant of Appellees' traditional motion for summary judgment and reverse the trial court's award of attorney's fees. We remand this case to the trial court for further proceedings consistent with our opinion.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack